UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LARRY D. HARDY,

                Plaintiff,

       v.

SPOKANE FALLS COMMUNITY COLLEGE,

              Defendant.

No. CV-08-117-FVS

ORDER OF DISMISSAL

**THIS MATTER** comes before the Court for screening pursuant to 28 U.S.C. § 1915(e)(2).

**BACKGROUND**

On April 8, 2008, Larry D. Hardy filed a complaint.  It fell well short of satisfying the requirements of Federal Rule of Civil Procedure 8(a).  Nor did it set forth a claim for which relief could be granted in federal court.  On April 23rd, the Court ordered Mr. Hardy to file an amended complaint that cured those deficiencies.  The District Court Executive provided him with copies of Rule 8 and Local Rule 10.1.  Mr. Hardy filed an amended complaint.  Like the original, it neither satisfies Rule 8 nor sets forth a claim for which relief may be granted in federal court.

**IT IS HEREBY ORDERED:**

Mr. Hardy's original complaint (**Ct. Rec. 9**) and his amended

ORDER - 1

complaint (**Ct. Rec. 14**) are dismissed without prejudice.

   **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish a copy to Mr. Hardy, and close the case.

   **DATED** this ___8th___ day of May, 2008.


                        ___s/ Fred Van Sickle___
                           Fred Van Sickle
                  Senior United States District Judge

ORDER – 2